IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STANLEY KELLEY,** <br><br> Petitioner, <br><br> v. <br><br> **J. D. STOKES, Acting Warden,** <br><br> Respondent. | NO. CIV S-05-1713 MCE DAD P <br><br> **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME AND SUBSTITUTION OF PARTY** |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time, to and including November 2, 2005, within which to file a response to the Petition.

In addition, the court directs the Clerk of the Court to modify the court's docket by substituting Acting Warden S. Ornoski for J.D. Stokes, as the proper respondent.

DATED: September 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
kell1713.eot