IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY KELLEY,

    Petitioner,                      No. CIV S-05-1713 MCE DAD P

    vs.

J.D. STOKES, Acting Warden,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging the Governor's March 15, 2004 reversal of the Board of Parole Hearings' decision finding him suitable for parole.[1] The matter is before the court on respondent's motion to dismiss.

        Respondent asserts that the petition should be dismissed for lack of federal subject matter jurisdiction because there is no federally protected liberty interest in parole. Respondent relies on <u>Sass v. California Board of Prison Terms</u>, 376 F. Supp. 2d 975 (E.D. Cal. 2005), in which the district court held that California prisoners do not have a liberty interest in parole. The

---

[1] Effective July 1, 2005, California's Board of Prison Terms was abolished and replaced with the Board of Parole Hearings. Cal. Penal Code § 5075(a) (West 2006) ("As of July 1, 2005, any reference to the Board of Prison Terms . . . refers to the Board of Parole Hearings.").

Ninth Circuit has ruled that the district court's holding in <u>Sass</u> was based on a misreading of <u>In re Dannenberg</u>, 34 Cal. 4th 1061 (2005). <u>Sass v. California Board of Prison Terms</u>, ___ F.3d ___, No. 05-16455, 2006 WL 2506393, at *3 (9th Cir. Aug. 31, 2006). The Ninth Circuit concluded that "<u>Dannenberg</u> does not explicitly or implicitly hold that there is no constitutionally protected liberty interest in parole." <u>Id.</u> Accordingly, "California inmates continue to have a liberty interest in parole after <u>In re Dannenberg</u>." <u>Id.</u> at *1. Under clearly established Supreme Court authority, "'California's parole scheme gives rise to a cognizable liberty interest in release on parole.'" <u>Id.</u> at *3 (quoting <u>McQuillion v. Duncan</u>, 306 F.3d 895, 902 (9th Cir. 2002)). The liberty interest exists even for prisoners who have not already been granted a parole date. <u>Id.</u> (citing <u>Biggs v. Terhune</u>, 334 F.3d 910, 915 (9th Cir. 2003)). Therefore, in light of the Ninth Circuit's holding in <u>Sass</u>, the motion will be denied.

On June 7, 2006, petitioner filed a motion styled, "Motion For the Court To Take Jurisdiction And Judicial Notice Of Related Proceedings." Petitioner requests that the court include in his pending petition the Board of Parole Hearings' recent decision on May 31, 2006, finding petitioner unsuitable for parole. The petitioner's motion will be denied. The Board's recent action is not properly before this court since petitioner has not exhausted state court remedies to challenge the May 31, 2006 parole denial.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' November 1, 2005 motion to dismiss is denied;

2. Respondents shall file and serve a new response to petitioner's habeas petition within thirty days after this order is filed. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer to the petition shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to petitioner's habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after the answer is served;

/////

4.  If the response to petitioner's habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after the motion is served, and respondents' reply, if any, shall be filed and served within fifteen days after petitioner's opposition is served; and

5.  Petitioner's June 7, 2006 motion styled, "Motion For the Court To Take Jurisdiction And Judicial Notice Of Related Proceedings," is denied.

DATED: September 1, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
kell1713.sassmtd