IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY KELLEY,

     Petitioner,          Case No. 2:05-cv-01713 ALA (HC)

  vs.

J.D. STOKES, Acting Warden,     <u>ORDER</u>

     Respondent.

_____/

    Petitioner Stanley Kelley requested that this Court allow him to proceed *in forma pauperis* on appeal. (Doc. 26). Pursuant to 28 U.S.C. § 1915(a)(2), this Court HEREBY ORDERS that:

    1. Petitioner file, on or before July 1, 2008, a certified copy of his trust fund account statement, or the institutional equivalent, for the six-month period preceding the filing of this request.

/////

DATED: June 3, 2008

                             /s/ Arthur L. Alarcón
                             UNITED STATES CIRCUIT JUDGE
                             Sitting by Designation